```
Hazim Mohammed Niami
125 N. Allen Avenue
Unit #217
Pasadena, CA 91106


Joshua L. Sternberg
Sternberg Law Group
5757 Wilshire Blvd.,
Suite 345
Los Angeles, CA 90036


Bank of America
PO Box 3175
Tampa, FL 33631


Nationstar / Mr. Cooper
PO Box 619098
Dallas, TX 75261-9741
```