FORM CACB van158–od13fr
Rev. 06/2017

# United States Bankruptcy Court
## Central District of California

### 255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 TRUSTEE'S MOTION TO DISMISS
## [11 U.S.C. §§ 1307 AND 109(g)]

**DEBTOR INFORMATION:**
Hazim Mohammed Niami

**BANKRUPTCY NO.** 2:20–bk–17788–VZ

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):   xxx–xx–0086
Employer Tax–Identification (EIN) No(s).(if any):   N/A
**Debtor Dismissal Date:** 1/5/21

**Address:**
125 N. Allen Avenue
Unit #217
Pasadena, CA 91106

Pursuant to the Chapter 13 Trustee's motion to dismiss ("Motion") and supporting declaration in this case,

IT IS ORDERED that the Motion is granted, and

(1)  debtor's bankruptcy case is dismissed;
(2)  the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law; and
(3)  pursuant to Bankruptcy Code Section 109(g), debtor is prohibited from filing any new bankruptcy petition within 180 days of the date of entry of this order.

Dated: January 5, 2021

BY THE COURT,

**Vincent P. Zurzolo**
United States Bankruptcy Judge